No. 91–1493.   GEORGIA *v.* CARR.   Sup. Ct. Ga.   Certiorari granted, judgment vacated, and case remanded for further consid-

eration in light of *Georgia* v. *McCollum*, 505 U. S. 42 (1992).